UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/2014
```

PARADIGM BIODEVICES, INC.,

                Plaintiff,

-v-

VISCOGLIOSI BROS, LLC et al.,

                Defendants.

11 Civ. 3489 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, United States District Judge:

      In light of a letter from counsel, dated April 28, 2014, which has been filed under seal, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action by **July 1, 2014**. Any pending motions are moot. All conferences and the trial date are vacated.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: April 28, 2014
       New York, New York

                                    _____
                                    JESSE M. FURMAN
                                    United States District Judge